UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

ERSKIN O. CURTIS

CRIMINAL ACTION

NO. 06-17-C

### RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated December 10, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendant's motion to vacate, set aside, or correct sentence pursuant to 28 USC 2255 is dismissed, with prejudice. In the event that the defendant seeks to pursue an appeal, a certificate of appealability will be denied.

Baton Rouge, Louisiana, February 18, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA